**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

_____

www.cand.uscourts.gov

Richard W. Wieking					General Court Number
Clerk							408.535.5364

January 3, 2011

Santa Clara County
Superior Court
191 North First Street
San Jose, CA 95113

RE:  CV 10-04553 JF     TERESA A. SAENZ-v-WALGREEN COMPANY, ET AL.
         Your Case Number: (110CV166323)

Dear Clerk,

  Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

      (X)  Certified copies of docket entries

      (X)  Certified copies of Remand Order

      ( )  Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

*Gordana Macic* (signature)

by:  Gordana Macic
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev.  7/92
o:\mrg\civil\remand.mrg